This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CITY OF RIO RANCHO,**

Plaintiff-Appellee,

v.                                                                **NO. 29,998**

**DALE FROST,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

City of Rio Rancho
James C. Babin, City Attorney
Gina R. Manfredi, Assistant City Attorney
Rio Rancho, NM

for Appellee

Jay R. Mueller
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

This Court's calendar notice filed on January 13, 2010, proposed summary affirmance. On February 2, 2010, Plaintiff City of Rio Rancho (the City) filed a

memorandum in support of the proposed summary affirmance set forth in the calendar notice. Defendant has not filed a memorandum in opposition, and the time for doing so has passed. Accordingly, for the reasons set forth in this Court's calendar notice, we affirm the order of dismissal and the order denying the motion to reconsider.

**AFFIRMED.**

   **IT IS SO ORDERED.**

**CYNTHIA A. FRY, Chief Judge**

**WE CONCUR:**

**MICHAEL D. BUSTAMANTE, Judge**

**JONATHAN B. SUTIN, Judge**